UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>FRANCISCO MENDEZ-NUNEZ         )<br>SALVADOR GARCIA                         )<br>FRANCISCO MENDEZ JR.               )<br>JAVIER GARCIA                               )<br>FRANCISCO SOTO                            )<br>JUAN DURAN                                   )<br>OSCAR ANDRADE                           )<br>VICTOR VELAZQUEZ                      )<br>DON MCNISH                                  ) | No. 07 CR 851<br>Hon. Sidney I. Schenkier |

## ORDER

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1.     All Title III applications, affidavits, and orders produced by the government in preparation for or in connection with the preliminary and detention proceedings in this case, and all other investigative materials and reports disclosed by the government for such purposes, may be utilized by the charged defendants and their counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and their contents, and any notes, records or copies of any kind that defense counsel or the charged defendants may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than the charged defendants, their counsel, such other persons as are reasonably employed by them as may be necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure.

2.　　Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

*[signature]*
Sidney I. Schenkier
United States Magistrate Judge

DATE 12-21-07

12-21-07