# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 8 | **DATE** | 12/20/2007 |
| **CASE TITLE** | United States of America vs. Victor Velazquez | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to his arrest on 12/20/07. Defendant informed of rights. By agreement of the parties, the defendant is released on a $10,000.00 secured bond. The defendant is to post the security by the close of business on 12/26/07. Enter order setting conditions of release. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|