IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 07 CR 851-8 |
| ) | Magistrate Judge Sidney I. Schenkier |
| VICTOR VELAZQUEZ, ) | |
| Defendant. ) | |

FILED DEC 26 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE TO EXTEND THE TIME WITHIN WHICH THE BALANCE OF DEFENDANT'S BOND CAN BE PAID

Defendant, **VICTOR VELAZQUEZ**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **LAWRENCE E. ALBERG**,[1] pursuant to 18 U.S.C. §3142(c), as well as the Due Process Clause of the Fifth Amendment to the Constitution of the United States, respectfully moves this Court for its order modifying paragraph (7)(d) of its release order of December 20, 2007, so as to permit Defendant to post $3,000.00 bond with the clerk of the Court on December 27, 2007, with the remaining $7,000.00 to be posted no later than January 5, 2008.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On December 20, 2007, Defendant was arrested on a warrant based upon a Criminal Complaint charging him with participating in a narcotics distribution conspiracy. He was released on conditions that same day upon the agreement of the parties. As a condition of Defendant's release, he was ordered to execute a bail bond with solvent sureties in the amount of

---

[1] The Court granted counsel leave to appear solely for the purposes of the proceedings before this Court as financials arrangements had not been completed to engage counsel and their firm. For the same reasons set forth herein, those arrangements have not yet been completed and will be contingent upon Defendant first being able to secure the funds required for his release.

$10,000.00, with the Clerk of the Court not later than December 26, 2007. Order, ¶(7)(d).

2. As of the afternoon of December 26, 2007, Defendant and his family have been able to secure only $3,000.00 to post for the bond as a result of Defendant's home confinement and the intervening Christmas holiday. Defendant expects that he or his family will be able to post the remaining $7,000.00 within ten days, or not later than January 5, 2008.

3. When counsel attempted to post the $3,000.00 which had been delivered to their office for that purpose on the afternoon of December 26, 2007, the Clerk's office said that they would not accept the funds without a modified order from the Court.

4. Undersigned counsel have spoken to Assistant U.S. Attorney Greg Deis about this problem and he has told counsel that they can represent to the Court that the government has no objection to the granting of this relief.

5. Accordingly, Defendant requests that this Court enter its order modifying condition (7)(d) of its Release Order dated December 20, 2007, permitting Defendant to post $3,000.00 on Thursday, December 27, 2007, with the remaining $7,000.00, to be posted no later than January 5, 2008. A copy of a draft agreed order is attached for the Court's convenience.

Respectfully submitted,

/s/
**THOMAS ANTHONY DURKIN,**

/s/
**LAWRENCE E. ALBERG,** Attorneys for Defendant, Victor Velazquez.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 913-9300