# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 8 | **DATE** | 12/26/2007 |
| **CASE TITLE** | United States of America vs. Victor Velazquez | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion to modify the conditions of release to extend the time within which the balance of defendant's bond can be paid is granted. Enter order to allow the defendant to post $3,000.00 toward the execution of the bond on 12/27/07, and to post the remaining $7,000.00 no later than 1/5/08

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|