IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 CR 851-8 |
| | ) Magistrate Judge Sidney Schenkier |
| Victor Velazquez, | ) ) ) |
| Defendant. | ) |

### AGREED ORDER

This matter coming to be heard on December 26, 2007 upon the unopposed motion of the Defendant to modify the conditions of the December 20, 2007, Order Setting Conditions of Release to allow the Defendant to post $3,000.00, towards the execution of a bail bond with sureties on December 27, 2007; and to post the remaining $7,000.00, no later than January 5, 2008, the Court being fully advised in the premises, and the government having no objection,

**IT IS HEREBY ORDERED** that paragraph 7(d) of the December 20, 2007, Order Setting Conditions of Release in this matter is modified to allow the Defendant to post $3,000.00, towards the execution of a bail bond with sureties on December 27, 2007; and Defendant is allowed to post the remaining $7,000.00 no later than January 5, 2008.

SIDNEY I. SCHENKIER,
U.S. DISTRICT COURT MAGISTRATE JUDGE

Dated: December 26, 2007