UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.:  07 CR 851 |
| | ) |         06 GJ 808 |
| | ) | |
| FRANCISCO MENDEZ-NUNEZ, | ) | Chief Judge James F. Holderman |
| ALVADOR GARCIA, | ) | |
| FRANCISCO MENDEZ JR., | ) | |
| JAVIER GARCIA, | ) | |
| FRANCISCO SOTO, | ) | |
| JUAN DURAN, | ) | |
| OSCAR ANDRADE, | ) | |
| VICTOR VELAZQUEZ, and | ) | |
| DON MCNISH | ) | |

NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, January 15, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Chief Judge James F. Holderman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and then and there present GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h), at which time and place you may appear, if you see fit.

Respectfully submitted.

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ J. Gregory Deis
J. GREGORY DEIS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL  60604
(312) 886-7625

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.:   07 CR 851 |
| | ) | 06 GJ 808 |
| | ) | |
| FRANCISCO MENDEZ-NUNEZ, | ) | Chief Judge James F. Holderman |
| ALVADOR GARCIA, | ) | |
| FRANCISCO MENDEZ JR., | ) | |
| JAVIER GARCIA, | ) | |
| FRANCISCO SOTO, | ) | |
| JUAN DURAN, | ) | |
| OSCAR ANDRADE, | ) | |
| VICTOR VELAZQUEZ, and | ) | |
| DON MCNISH | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on January 10, 2008, to the following non-ECF filers:

SEE ATTACHED SERVICE LIST

Respectfully submitted.

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ J. Gregory Deis
J. GREGORY DEIS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL  60604
(312) 886-7625


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.:   07 CR 851 |
| | ) |          06 GJ 808 |
| | ) | |
| FRANCISCO MENDEZ-NUNEZ, | ) | Chief Judge James F. Holderman |
| ALVADOR GARCIA, | ) | |
| FRANCISCO MENDEZ JR., | ) | |
| JAVIER GARCIA, | ) | |
| FRANCISCO SOTO, | ) | |
| JUAN DURAN, | ) | |
| OSCAR ANDRADE, | ) | |
| VICTOR VELAZQUEZ, and | ) | |
| DON MCNISH | ) | |

## SERVICE LIST

Donald John Angelini, Jr., Esq.
**ANGELINI AND ANGELINI**
1900 South Spring Road
Suite 500
Oak Brook, Il 60652
(630) 571-0098
*Counsel for Francisco Mendez, Jr.*

Charles J. Aron, Esq.
19 West Jackson Boulevard
Suite 212
Chicago, IL 60604
(312) 986-8012
(312) 986-8013 (fax)
*Counsel for Oscar Andrade*

Patrick W. Blegen, Esq.
**BLEGEN & GARVEY**
53 West Jackson Boulevard
Suite 1437
Chicago, IL 60604
(312) 957-0100
*Counsel for Francisco Soto*

J. Clifford Greene, Jr., Esq.
**LAW OFFICE OF
   J. CLIFFORD GREENE, JR.**
55 West Monroe Street, Suite 2455
Chicago, IL 60603
(312) 424-4002
*Counsel for Don McNish*

Joseph R. Lopez
**JOSEPH R. LOPEZ, LTD.**
The Manadnock Building
53 West Jackson, Suite 1102
Chicago, IL 60604
(312) 922-2001
*Counsel for Javier Garcia*

Gal Pissetzky, Esq.
**PISSETZKY, BERLINER
   & ZHITNITSKY**
53 West Jackson Boulevard
Suite 1403
Chicago, IL 60604
(312) 566-9900
*Counsel for Francisco Mendez, Jr.*

Robert L. Rascia, Esq.
61 West Superior
Chicago, IL 60610-4857
(312) 994-9100
*Counsel for Juan Duran*

Steven R. Shanin, Esq.
53 West Jackson Boulevard, #920
Chicago, IL 60604-3836
(312) 697-0000
*Counsel for Salvador Garcia*