AO 442 (Rev. 12/85) Warrant for Arrest

MHW

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

VICTOR VELAZQUEZ

**WARRANT FOR ARREST**

FILED
JAN 11 2008
1-11-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER:     -     - ( )

**07CR 0851-8**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Victor Velazquez
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of five hundred grams of mixtures and substances containing cocaine, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2.

Sidney I. Schenkier
Name of Issuing Officer

_[signature]_
Signature of Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/19/2007   Chicago, Illinois
Date and Location

Bail fixed at $ _____   by _____
                                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 2014 S. BLUE ISLAND, APT. 2R, CHICAGO, IL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-20-07 | SA PATRICK BAGLEY | SA _[signature]_ |
| DATE OF ARREST | | |
| 12-20-07 | | |