## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Francisco Mendez-Nunez | | |

**DOCKET ENTRY TEXT**

Based upon statements made and the number of defendants, the Court determines that this is a complex case. The government shall provide early discovery and discovery of electronic surveillance on later than 2/15/2008. Government's motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [64] is granted.  ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendants be extended from January 19, 2008 to and including March 19, 2008. X-T

■ [ For further detail see separate order(s).]                                          Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AMM |
|---|---|---|