# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **07 CR 851-8** |
| | ) | **Hon. James F. Holderman** |
| | ) | |
| VICTOR VELAZQUEZ | ) | |

### APPEARANCE

An appearance is hereby filed by the undersigned as retained lead counsel for Victor Velazquez.

s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9016
Atty # 6229314