UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 07 CR 851-8 |
| | ) | Hon. James F. Holderman |
| | ) | |
| VICTOR VELAZQUEZ | ) | |

### NOTICE OF MOTION

To: AUSA J. Gregory Deis
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on March 14, 2008, I have filed Defendant's Agreed Motion to Expand Conditions of Bond. If necessary, I will present said motion on March 27, 2008, at 9:30 a.m.

s/ Michael P. Gillespie

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2008, I have served a copy of Victor Velazquez's Agreed Motion to Expand Conditions of Bond to the above-listed attorney by electronically filing same.

s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015