UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 07 CR 851-8 |
| | ) | Hon. Sidney I. Schenkier |
| | ) | |
| VICTOR VELAZQUEZ | ) | |

CORRECTED NOTICE OF MOTION

To:   AUSA J. Gregory Deis
      219 S. Dearborn Street, 5th Floor
      Chicago, IL 60604

   PLEASE TAKE NOTICE that on March 14, 2008, I filed Defendant's Agreed Motion to Expand Conditions of Bond. If necessary, I will present said motion on March 27, 2008, **at 8:30 a.m., before the Honorable Sidney I. Schenkier in Courtroom 1700.**

                                                      s/ Michael P. Gillespie

CERTIFICATE OF SERVICE

   I hereby certify that on the 17th day of March, 2008, I have served a copy of Victor Velazquez's corrected Notice of Motion to the above-listed attorney by electronically filing same.

                                                      s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015