UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
3-17-08
MAR 17 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | 07 CR 851-8 |
| | ) | Hon. James F. Holderman |
| VICTOR VELAZQUEZ | ) | |

### AGREED MOTION TO EXPAND CONDITIONS OF BOND

Now comes the defendant, Victor Velazquez, by and through his attorney, Michael P. Gillespie, and moves this Honorable Court to expand the conditions of his bond. In support thereof, the defendant offers the following:

1. Victor Velazquez was named in a criminal complaint on December 19, 2007, and subsequently arrested.

2. On December 20, 2007, Velazquez appeared before the Honorable Sidney I. Schenkier on charges of violating 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 846 and 2. Velazquez was released on a $10,000 secured bond.

3. In the Order Setting Conditions of Release, Judge Schenkier restricted Velazquez to home incarceration.

4. Velazquez is unable to be gainfully employed due to the previously-imposed restrictions. He is currently unable to support his family due to his inability to generate income while restricted to home incarceration.

5. Velazquez asks that this Honorable Court expand the conditions of his bond to allow Velazquez to seek, and subsequently obtain, employment. Currently, there are a number of potential employers located in the city of Chicago with whom Velazquez

would like to meet to inquire about a position: 1) Mercy Hospital, 2525 South Michigan Avenue, (312) 567-2000, ext. 2136; 2) Plycon Van Lines, 329 North Bell Avenue, (312) 421-1423; 3) C.D.T., 1200 West Fulton, (312) 226-0130; 4) Airport Express, 1200 West 35th Street, (773) 247-1200; 5) L.T.C. Transportation, 1900 North Austin Avenue, (773) 745-3609; 6) Orion Marine Corp., 79 West Monroe Street, (312) 263-5153; 7) Art's Transportation, 950 West 45th Street, (773) 254-6600; 8) Aries Charter Transportation, 616 South Kolmar Avenue, (773) 267-2211; 9) Coach U.S.A., 4400 South Racine Avenue, (773) 254-6400; 10) Faz Transportation, 828 South Bell Avenue, (312) 421-2660; and 11) Crown Services - Continental Airport Express, 5611 West 79th Street, Burbank, (708) 229-1188.

6. Such an expansion would be in accord with 18 U.S.C. § 3142 (j), and will not jeopardize the appearance of Velazquez to answer the charges against him.

7. Velazquez will comply with all other conditions enumerated in Judge Schenkier's Order.

8. Defense counsel has spoken with Assistant United States Attorney Deis about this issue, and the Government has no objection to the expansion.

WHEREFORE, Victor Velazquez respectfully moves this Honorable Court to expand the conditions of release to enable Velazquez to actively seek and secure employment.

Respectfully submitted,

s/ Michael P. Gillespie

MICHAEL P. GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015