# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 8 | **DATE** | 3/17/2008 |
| **CASE TITLE** | United States of America vs. Victor Velazquez | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to expand conditions of bond is granted. The conditions of bond are expanded to allow the defendant to leave his home for the purpose of seeking and maintaining employment. All other conditions of bond are to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|