Minute Order Form (rev. 4/99)

06 GJ 0808   NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0851 | DATE | MARCH 18, 2008 |
| CASE TITLE | US v. FRANCISCO MENDEZ-NUNEZ, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL FEBRUARY 2008-1** Session, a quorum being present, returns the above entitled indictment in open Court this date before **MAGISTRATE JUDGE KEYS**

Judge or Magistrate Judge

Docket Entry:

**MAGISTRATE JUDGE SCHENKIER**

NO BOND SET, DETAINED BY MAGISTRATE AS TO FRANCISCO MENDEZ-NUNEZ, SALVADOR GARCIA, and JUAN DURAN. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO FRANCISCO MENDEZ, JR., JAVIER GARCIA, FRANCISCO SOTO, OSCAR ANDRADE, VICTOR VELAZQUEZ, and DON McNISH.

JUDGE GETTLEMAN

**FILED**
MAR 18 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE                    (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#