**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **07 CR 851-8** |
| | ) | **Hon. James F. Holderman** |
| | ) | |
| **VICTOR VELAZQUEZ** | ) | |

**MOTION TO MODIFY CONDITIONS OF BOND**

Now comes the defendant, Victor Velazquez, by and through his attorney, Michael P.

Gillespie, and moves this Honorable Court to modify the conditions of his bond.  In support

thereof, the defendant offers the following:

1.      Victor Velazquez was named in a criminal complaint on December 19, 2007, and

subsequently arrested.

2.      On December 20, 2007, Velazquez appeared before the Honorable Sidney I.

Schenkier on charges of violating  21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 846 and 2.

Velazquez was released on a $10,000 secured bond.

3.      In the Order Setting Conditions of Release, Judge Schenkier restricted Velazquez

to home incarceration with electronic monitoring.

4.      Last month Velazquez asked for, and this Court granted, permission to expand the

conditions of his bond to allow him to procure and maintain employment.

5.      Subsequently, Velazquez gained employment as a driver.  He presently works a

night shift, but has opportunities to work more hours during the night and on weekends.

Mr. Velazquez's employer is only able to provide a few hours notice when work

opportunities arise, and Velazquez cannot seize those opportunities because of his

obligation to provide 24 hours' notice to pre-trial services in connection with the

electronic monitoring.

6.      Velazquez now asks this Honorable Court to remove the condition of electronic

monitoring to enable him to increase his employment opportunities.

7.      Such an expansion would be in accord with 18 U.S.C. § 3142 (j), and will not

jeopardize the appearance of Velazquez to answer the charges against him.

7.      Velazquez will comply with all other conditions enumerated in Judge Schenkier's

Order.

WHEREFORE, Victor Velazquez respectfully moves this Honorable Court to enter an

order allowing removal of the electronic monitoring device.

Respectfully submitted,

s/ Michael P. Gillespie

MICHAEL P. GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015