UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 07 CR 851-8 |
| | ) | Hon. Robert W. Gettleman |
| | ) | |
| VICTOR VELAZQUEZ | ) | |

NOTICE OF MOTION

To:   AUSA J. Gregory Deis
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on April 22, 2008, I filed Defendant's Motion to Modify Conditions of Bond. I will present said motion on **April 25, 2008, at 2:00 p.m., before the Honorable Robert W. Gettleman.**

s/ Michael P. Gillespie

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2008, I have served a copy of Victor Velazquez's Motion to Modify Conditions of Bond and this Notice to the above-listed attorney by electronically filing same.

s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015