IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    07  CR  851-8 |
| v.                         ) | |
| ) | |
| VICTOR VELAZQUEZ        ) | |

**DEFENDANT VICTOR VELAZQUEZ'S MOTION TO ADOPT**

Defendant, Victor Velazquez, by his attorney, Michael P. Gillespie, respectfully requests this Honorable Court permit him to adopt any and all motions filed by any codefendants in this case.

Respectfully submitted,

/s/ Michael P. Gillespie

MICHAEL P.GILLESPIE
MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 286-6687