**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No.    07 CR 851-8 |
| v. | ) | |
| | ) | |
| **VICTOR VELAZQUEZ** | ) | |

**DEFENDANT VICTOR VELAZQUEZ'S MOTION
TO PRESERVE AND PRODUCE AGENTS' NOTES**

Defendant, Victor Velazquez, by his attorney, Michael P. Gillespie, respectfully moves this Honorable Court to enter an order requiring the government to preserve and produce any and all notes, memoranda or other writings prepared by the law enforcement agents conducting the investigation, which led to the indictment in this case.

In support of this motion, Defendant states as follows:

1. The indictment in this case is the result of an investigation by federal agents and local law enforcement officers and perhaps other agencies. Counsel anticipates that many of these agents will testify in behalf of the government at trial.

2. In order to prepare for trial, Defendant requests that the Court direct the government to produce any and all notes or memoranda prepared by any and all agents and/or law enforcement officers working on or assisting in the investigation, which led to the indictment in this matter.

3. Defendant specifically requests the government produce any and all notes relative to any statement(s) made by any alleged witness(es) or co-conspirator(s) regarding any conversations with or about the Defendant.

4.      Regarding statement(s) made by the Defendant, Defendant submits that these notes are subject to disclosure under Federal Rule of Criminal Procedure 16(a)(1)(A), "Statements of Defendant."

5.      If the court declines to order immediate production of these notes and memoranda, the Defendant requests the Court direct the government preserve any evidence pending trial so that they can be produced if the Court later determines production is required.

WHEREFORE, the Defendant respectfully requests this Honorable Court enter an order directing the government preserve and produce any and all notes, memoranda or other writings prepared by the government agents and any and all law enforcement officers who participated in the investigation of the matter before the Court.

Respectfully submitted,

/s/ Michael P. Gillespie

MICHAEL P.GILLESPIE
MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 286-6687