**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No.    07  CR  851-8 |
| v. | ) | |
| | ) | |
| **VICTOR VELAZQUEZ** | ) | |

**DEFENDANT VICTOR VELAZQUEZ'S MOTION FOR
<u>EARLY RETURN OF SUBPOENAS</u>**

Defendant, Victor Velazquez, by his attorney, Michael P. Gillespie, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the United States Constitution, and respectfully requests this Honorable Court enter an order permitting the early return of trial subpoenas.

                                              Respectfully submitted,

                                              <u>/s/ Michael P. Gillespie       </u>

MICHAEL P.GILLESPIE
MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 286-6687