IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07  CR  851-8 |
| v. | ) | |
| | ) | |
| VICTOR VELAZQUEZ | ) | |

**DEFENDANT VICTOR VELAZQUEZ'S MOTION FOR NOTICE OF
INTENT TO USE EXPERT WITNESS TESTIMONY**

Defendant, Victor Velazquez, by his attorney, Michael P. Gillespie, respectfully requests this Court enter an order directing the United States to give notice of its intent to introduce testimony under Rules 702, 703, and 705 of the Federal Rules of Evidence. In support of this motion Defendant states the following:

1.  Pursuant to Rule 16 (a)(1)(E) of the Federal Rules of Criminal Procedure, the government must disclose, at the defendant's request, a written summary of any testimony the government intends to sue under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

2.  The summary must describe the witness's opinions, the bases and reasons therefore, and the witness's qualifications.

3.  The government has indicated laboratory reports of chemical analysis will be made available as soon as they are prepared. Defendant also seeks all bench notes and test results, including graphs, which are the bases and reasons for the chemist's opinions.

4.  The defense believes that the government will call a law enforcement agent to testify regarding the practices of narcotics traffickers. The Seventh Circuit has elucidated these requirements, where a law enforcement agent testifies about practices of narcotics traffickers. *United States v. Duvall*, 272 F.3d 825 (7th Cir. 2001). The defense

demands a written summary of the law enforcement agent's testimony that is in conformance with *Duvall*.

                                         Respectfully submitted,

                                         /s/ Michael P. Gillespie

MICHAEL P. GILLESPIE
MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 286-6687