IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    07  CR  851-8 |
| v. | ) | |
| | ) | |
| VICTOR VELAZQUEZ | ) | |

**DEFENDANT VELAZQUEZ MOTION FOR
IMMEDIATE DISCLOSURE OF FAVORABLE EVIDENCE**

Defendant, Victor Velazquez, by his attorney, Michael P. Gillespie, pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure and the principles announced in *Brady v. Maryland,* 373 U.s. 83 (1963), moves this Court to require the government to require the government to disclose immediately any previously undisclosed evidence or information in its possession, custody or control, the existence of which is known, or by the exercise of due diligence may become known, which is favorable to the defendant and is material to the issues of his guilty, innocence, or sentencing or which consists of documents or tangible objects where are material to the preparation of the defense.

Defense counsel has received from the government certain information and documents pursuant to Local Criminal Rule 6.1. The instant motion is required in order to request additional materials and to preserve on the record any issues under foregoing authorities, as the protections afforded thereunder are contingent upon a defense request.

The information requested includes, but is not limited to the following:

1. Any documentary evidence or information, which contradicts or is inconsistent with the expected testimony of any witness for the government.

2. Any prior statements of a witness for the government, which are inconsistent with his or her expected trial testimony.

    3.    The name, last known address and statement, grand jury testimony, or memorandum of interview, if any, of any individual whose testimony would be favorable to the defendant in any way or consistent with his innocence.

    4.    Any and all books, papers, records, documents, evidence favorable to the defendant or are consistent with his innocence or are material to the preparation of his defense or are intended for use by the government as evidence at trial.

    Respectfully submitted,

    /s/ Michael P. Gillespie

MICHAEL P. GILLESPIE
MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 286-6687