**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | **No.** | **07  CR  851-8** |
| **v.** | ) | | |
| | ) | | |
| **VICTOR VELAZQUEZ** | ) | | |

**DEFENDANT VICTOR VELAZQUEZ'S MOTION FOR**
**NOTICE OF  INTENT TO USE EVIDENCE OF**
**OTHER CRIMES, ACTS AND WRONGS OF DEFENDANT**

Defendant, Victor Velazquez, by his attorney, Michael P. Gillespie, respectfully

requests this Court enter an order directing the United States to provide notice of its

intent to use evidence of other crimes, acts and wrongs of Defendant, either in its case-in-

chief at trial, for impeachment, or in rebuttal, including but not limited to the following:

1.     Evidence of other crimes, wrongs or acts of Defendant, as that phrase is

used in Rule 404(b) of the Federal Rules of Evidence:

(a)     Regarding the notice, the government should identify and describe;

(i)     the dates, times, places and persons involved in such other
crimes, wrongs and acts,

(ii)     the statements of each participant in such other crimes,
wrongs and acts,

(iii)     any documents that contain, or evidence of such other
crimes, wrongs and acts, including when the documents
were prepared, by whom the documents were prepared, and
who has possession of the documents, and

(iv)     the issue or issues to which the government believes that
such other crimes, wrongs and acts are relevant.

2.     Furthermore, Defendant Victor Velazquez, requests notice of any evidence

viewed by the government as "intricately related to the facts of the case," if such evidence could arguably and in good faith be viewed as 404(b) evidence by Defendant.

3.        Pursuant to Rule 404(b) Defendant, Victor Velazquez, requests reasonable notice before trial, and thus requests notice sixty (60) days prior to trial in order to have sufficient time to investigate all such evidence.

Respectfully submitted,

/s/ Michael P. Gillespie

MICHAEL P.GILLESPIE
MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 286-6687