IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | No.    07  CR  851-8 |
| v. ) | |
| ) | |
| VICTOR VELAZQUEZ ) | |

## NOTICE OF MOTION

To:  AUSA Meghan Morrissey
     219 S. Dearborn, 5th Floor
     Chicago, Illinois  60604

PLEASE TAKE NOTICE that on this 29th day of May, 2008, I cause to be filed: Defendant Victor Velazquez's Pre-Trial Motions, a copy of which is attached hereto and herewith served upon you.

                        /s/ Michael P. Gillespie

## CERTIFICATE OF SERVICE

I, MICHAEL P. GILLESPIE, certify that I have caused personal service of this Notice of Motion to the person on whom it is directed on this 29th day of May, 2008.

                        /s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd.,
Suite 1420
Chicago, IL 60604
(312) 726-9015