IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 07 CR 851-8 |
| | ) | Hon. Robert Gettleman |
| VICTOR VELASQUEZ | ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

NOW COMES the defendant, Victor Velasquez, by and through his attorney, Michael P. Gillespie, and moves this Honorable Court to modify the conditions of the defendant's pre-trial release.  In support thereof, the defendant states as follows:

1.     Victor Velasquez is charged in the above-entitled cause with Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. Section 841(a)(1).

2.     The defendant was released on bond on December 20, 2007.  One of the conditions of bond is that Victor Velasquez remain within this Court's jurisdiction during the pendency of this matter.

3.     Victor Velasquez has a son who lives a short distance outside of the Northern District of Illinois in Canton, Illinois.  Mr. Velasquez would like to visit his son this Saturday, June 14, 2008.  Mr. Velasquez would drive to Canton, departing Chicago Saturday morning, and returning Saturday evening.

4.     Pre-trial services has been informed of the defendant's planned excursion, and does not object to this modification.

WHEREFORE, Victor Velasquez respectfully moves this Honorable Court to modify the

conditions of pre-trial release to allow him to visit his son.

                                                Respectfully submitted,

                                                s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015