IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 07 CR 851-8 |
| | ) | Hon. Robert Gettleman |
| VICTOR VELASQUEZ | ) | |

NOTICE OF MOTION

To:   AUSA J. Gregory Deis
      219 S. Dearborn, 5th Floor
      Chicago, IL 60604

   PLEASE TAKE NOTICE that I will appear in Room 1703 of the Dirksen Federal Building on June 12, 2008, at 9:15 a.m., and then and there present Defendant Victor Velasquez's Motion to Modify Conditions of Pre-trial Release.

CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of this notice, along with the defendant's Motion to Modify Conditions of Pre-trial Release, to the above-listed attorney by electronically filing same.

                                                  s/ Michael P. Gillespie

MICHAEL P. GILLESPIE, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015