# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:07–cr–00851

                                                 Honorable Robert W. Gettleman

Francisco Mendez–Nunez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion to adopt [131] is granted as to Victor Velazquez (8); Motion to produce [133] is granted as to Victor Velazquez (8); Motion [134] for early return on subpoenas is granted as to Victor Velazquez (8); Motion [135] is granted as to Victor Velazquez (8); Motion [136] is granted as to Victor Velazquez (8); Motion [137] is granted as to Victor Velazquez (8); Motion [138] is granted as to Victor Velazquez (8); as to Victor Velazquez. Defendant's bond is enlarged to permit travel to the Central District of Illinois. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.